1108

No. 99–1165. LaFARGUE ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1170. YOST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1174. ROBERTS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–1191. GLOVER v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–1193. FRAZER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–1259. ARIZAGA RAMOS v. DISTRICT DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, OFFICE OF IMMIGRATION JUDGE. C. A. 9th Cir. Certiorari denied.

No. 99–1279. SWENSON ET UX. v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 99–1321. AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–1325. ENVIRON PRODUCTS, INC. v. INTELPRO CORP. C. A. Fed. Cir. Certiorari denied.

No. 99–1344. LIVOTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–1361. CAPROTTI, FOR HERSELF AND ON BEHALF OF HER THREE MINOR SONS, CAPROTTI ET AL. v. TOWN OF WOODSTOCK ET AL. Ct. App. N. Y. Certiorari denied.

No. 99–1374. WATKINS v. PROFESSIONAL SECURITY BUREAU, LTD. C. A. 4th Cir. Certiorari denied.

No. 99–1415. ADAMS v. DRISCOLL ET AL. C. A. 11th Cir. Certiorari denied.